UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUDGET WATER INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EXPERT WATER SOLUTIONS, INC., and DERRICK KOPEC, <br><br> Defendants. | Civil Action No. 2:07-cv-037-DWA |
| EXPERT WATER SOLUTIONS, INC., and DERRICK KOPEC <br><br> Counterclaim/Third Party Claim Plaintiffs, <br><br> vs. <br><br> BUDGET WATER INTERNATIONAL, INC., and JERRY KELLEY <br><br> Counterclaim/Third Party Claim Defendants. | Civil Action No. 2:07-cv-037-DWA |

### STIPULATION OF DISMISSAL

Budget Water International, Inc., Jerry Kelley, Expert Water Solutions, Inc., and Derrick Kopec, by and through their respective undersigned counsel, hereby file this Stipulation of Dismissal. Having entered into a Co-Existence Settlement Agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1), each of the parties hereby dismisses with prejudice any and all claims stated in the Complaint, the Verified Answer, Affirmative Defenses, and Counterclaims, or otherwise in the above-captioned action.

00798850.DOC

                                                Respectfully submitted,

Dated: June 1, 2007                    /s/ Kenneth McKay
                                                Kenneth McKay, Esq.
                                                Pa. I.D. No. 73425
                                                Donald McKay, Esq.
                                                Pa. I.D. No. 203132
                                                McKay & Associates, PC
                                                801 McNeilly Road
                                                Pittsburgh, PA 15226
                                                (412) 344-6113

                                                *Attorneys for Plaintiff/Counterclaim-Defendant Budget Water International, Inc., and Counterclaim-Defendant Jerry Kelley*

Dated: June 1, 2007                    /s/ J. Alexander Hershey
                                                J. Alexander Hershey
                                                Pa. I.D. No. 84741
                                                Christopher P. Furman
                                                Pa. I.D. No. 89822
                                                THORP REED & ARMSTRONG, LLP
                                                One Oxford Centre
                                                301 Grant Street, 14th Floor
                                                Pittsburgh, PA 15219
                                                Telephone: (412) 394-7711
                                                Facsimile: (412) 394-2555
                                                E-mail: ahershey@thorpreed.com
                                                E-mail: cfurman@thorpreed.com

                                                *Attorneys for Defendants/Counterclaim-Plaintiffs Expert Water Solutions, Inc., and Derrick Kopec*

6/5/07
Approved.
[signature] Donetta W. Ambrose

00798850.DOC